# Third District Court of Appeal

## State of Florida

Opinion filed October 23, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1657
Lower Tribunal No. 12-8650
_____

**Norman "Cess" Silvera,**
Appellant,

vs.

**Richard Effs,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

Jay M. Levy, P.A. and Jay M. Levy, for appellant.

Sweetapple, Broeker & Varkas, P.L., and Douglas C. Broeker, for appellee.

Before LINDSEY, MILLER, and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Hutchings v. Liles, 86 So. 3d 1279, 1281 (Fla. 1st DCA 2012) ("The trial court has 'broad judicial discretion as to the source, nature, and sufficiency of the facts which [it] may consider.'  Proof which raises a reasonable presumption is sufficient to provide the basis for admission of a deposition under rule 1.330.") (quoting Colonnades, Inc. v. Vance Baldwin, Inc., 318 So. 2d 515, 517 (Fla. 4th DCA 1975)); Iden v. Kasden, 609 So. 2d 54, 56 (Fla. 3d DCA 1992) ("[W]hile custom or usage may be employed in explanation and qualification of terms of a contract that would otherwise be ambiguous, it cannot operate to contravene express instructions or to contradict an express contract to the contrary.").